UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

MARIA JOSE SAENZ,
Debtor.
_____/

Case No. 10-38029-LMI
Chapter 13

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The following hereby stipulate and agree to the appointment of attorney, Robert Sanchez, from the firm of Robert Sanchez, Esq., as the attorney of record for the Debtor, Maria Jose Saenz, and the removal of Donna R. Joseph, Esq., as counsel for the Debtor.

Dated: 11/21/14

Robert Sanchez, Esq.
**Robert Sanchez, P.A.**
355W 49th Street
Hialeah, Florida 33012
Tel. (305)687-8008

_____
Robert Sanchez Esq.
Florida Bar No. 0442161

Dated: 11/20/14

Donna R. Joseph, Esq.
**Donna R. Joseph, Esq.**
13899 Biscayne Blvd. #142
North Miami Beach, FL 33181
Tel. (305) 341-3410

_____
Donna R. Joseph, Esq.
Florida Bar No.