

ORDERED in the Southern District of Florida on January 29, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Maria Jose Saenz,         Case No. 10-38029-LMI
    Debtor.              Chapter 13
_____/

### ORDER GRANTING DEBTOR'S MOTION FOR SUBSTITUTE OF COUNSEL

THIS CAUSE having come before the Court upon the Debtor's Motion for Substitute of Counsel and the Court having considered the Motion and having determined that good cause has been shown, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED:

1. That Robert Sanchez, Esq shall hereon be the attorney of record.

###

*Attorney Sanchez is responsible for serving a copy of the foregoing to all interested parties

By: Robert Sanchez, P.A.
    355 W 49th Street
    Hialeah, FL  33012
    305/687-8008 (Direct Line)
    305/512-9701 (Fax)
    attorneysanchez@yahoo.com